May 10, 2016



# **JUDGMENT**

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

HARPINDER SINGH, JAGJIT S. GILL, AND BALDEV SINGH, ET AL.,
Appellants

NO. 14-15-00087-CV                         V.

GURNAM SINGH SANDHAR, INQLABI THANDI, DALJIT SINGH,
BALJINDER SINGH BHATTI, SODAGAR SINGH VIRK, AND BALJINDER
SINGH, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Gurnam Singh Sandhar, Inqlabi Thandi, Daljit Singh, Baljinder Singh Bhatti, Sodagar Singh Virk, and Baljinder Singh, signed October 27, 2014, was heard on the transcript of the record. The record shows that the trial court lacked jurisdiction over the parties' dispute. We therefore **VACATE** the trial court's judgment and order the case **DISMISSED**.

We order the parties to pay their own costs incurred in this appeal.

We further order this decision certified below for observance.